UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CAROL GAYLOR,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>BRAVE RIFLES, P.A.,<br>a Florida Corporation,<br><br>    Defendant.<br>_____ | CASE NO.: 3:23-cv-1429-MMH-LLL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice, each party to bear its respective fees and costs.

Dated: May 23, 2024

Respectfully Submitted,                              Respectfully Submitted,

1

| | |
|---|---|
| */s/ Louis I. Mussman* <br> Louis I. Mussman, Esq. <br> Florida Bar No. 597155 <br> Ku & Mussman, P.A. <br> 18501 Pines Boulevard, Suite 209-A <br> Pembroke Pines, FL 33029 <br> Tel: (305) 891-1322 <br> Fax: (954) 686-3976 <br> louis@kumussman.com <br><br> *Attorneys for Plaintiff* | */s/ Charles A. Kohler* <br> Charles A. Kohler, Esquire <br> Fla Bar 14463 <br> P.O. Box 360005 <br> Melbourne, Fl 32936-0005 <br> 904-716-9000 <br> Email: kohlerlegal@hotmail.com <br> Alt: kohlerlegalassistant@hotmail.com <br><br> *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

Charles A. Kohler, Esquire
P.O. Box 360005
Melbourne, Fl 32936-0005
kohlerlegal@hotmail.com

        By: /s/ Louis Mussman
           Louis I. Mussman, Esq.

2