UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROL GAYLOR,

  Plaintiff,

v.            Case No. 3:23-cv-1429-MMH-LLL

BRAVE RIFLES, P.A.,

  Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 14; Stipulation) filed on May 23, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

 1. This case is **DISMISSED with prejudice**.

 2. Each party shall bear its respective fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of May, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record